UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN T. WILLIAMS,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.

23-CV-8338 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Petitioner John T. Williams has brought numerous applications challenging his conviction and sentence in *United States v. Williams*, No. 14-CR-0784-2 (RJS) (S.D.N.Y. Dec. 14, 2016). Petitioner now brings this application, styled as a "Petition Rule 60(b)(4) Motion to Vacate for Lack of Jurisdiction Void Judgement." For the following reasons, this application is dismissed.[1]

Petitioner recently filed a substantially similar application, styled as a "Motion for Relief of a Void Judgment for Lack of Jurisdiction Rule 60(b)(4)," in the United States District Court for the Western District of New York, *Williams v. United States*, No. 23-CV-0950 (W.D.N.Y.). By order dated September 18, 2023, that court transferred the matter to this district, where it was opened under docket number 23-CV-8300.

Because this new application raises the same claims already pending in the action under docket number 23-CV-8300, no useful purpose would be served by the filing and litigation of this duplicate lawsuit. Therefore, this action is dismissed without prejudice to Petitioner's pending case under docket number 23-CV-8300.

---

[1] On July 30, 2020, Petitioner was barred, under 28 U.S.C. § 1651, from filing any new action in this court *in forma pauperis* without first obtaining permission from the court to file. *See Williams v. United States*, ECF 1:20-CV-3101, 5 (S.D.N.Y. July 30, 2020), *appeal dismissed*, No. 20-3138 (2d Cir. Oct. 22, 2020) (dismissal effective Nov. 12, 2020). He has not sought permission to file this action.

## CONCLUSOIN

The Court dismisses this action without prejudice as duplicative of Petitioner's pending case under docket number 23-CV-8300.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this matter.

SO ORDERED.

Dated:   September 28, 2023
         New York, New York

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge